**Vincent Bradford EARL,
Plaintiff—Appellant,**

v.

**Lieutenant GOULD, Defendant—
Appellee.**

No. 06–6782.

United States Court of Appeals,
Fourth Circuit.

Submitted July 20, 2006.

Decided July 28, 2006.

Vincent Bradford Earl, Appellant Pro Se. Julie M. Kepple, Buncombe County Sheriff's Department, Asheville, North Carolina, for Appellee.

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Vincent Bradford Earl appeals the district court's order denying relief on his claims filed pursuant to the Religious Land Use and Institutionalized Persons Act, 42 U.S.C. §§ 2000cc—2000cc–5 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Earl v. Gould,* No. 1:03–cv–00109

(W.D.N.C. Apr. 11, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*